IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 2:09-CR-20073-001

ROSHAUN D. TERRY                                                      DEFENDANT

## **ORDER**

The Court has received a report and recommendation (Doc. 93) from United States Magistrate Judge Mark E. Ford. The Magistrate recommends that the Court deny Defendant's motion to vacate. The Court previously adopted the report and recommendation, but then vacated the order and judgment to allow Defendant the requested additional time to file his objections. He has not done so. The Court again determines that the report and recommendation is proper and contains no clear error, and it is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion to vacate (Doc. 74) is DENIED and his petition is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this 13th day of July, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE